JACOBSON V NORFOLK DEVELOPMENT CORPORATION, Nos. 136586 and 136588. Summary disposition entered at 483 Mich 885. Court of Appeals Nos. 281587 and 283361.

LEAPHART V CITY OF DETROIT, Nos. 136662 and 136663. Leave to appeal denied at 483 Mich 880. Court of Appeals Nos. 285146 and 285147.

OLIVER/HATCHER CONSTRUCTION AND DEVELOPMENT, INC V SHAIN PARK ASSOCIATES, No. 136803. Leave to appeal denied at 482 Mich 1155. Court of Appeals No. 275500.

MAMOU V CUTLIP, No. 136927. Leave to appeal denied at 483 Mich 912. Court of Appeals No. 275862.

PEOPLE V LANDRUM, No. 137084. Leave to appeal denied at 483 Mich 912. Court of Appeals No. 282403.

PEOPLE V STREATER, No. 137427. Leave to appeal denied at 483 Mich 894. Court of Appeals No. 285856.

PEOPLE V KELLMAN, No. 137482. Leave to appeal denied at 483 Mich 882. Court of Appeals No. 276454.

NATIONWIDE MUTUAL FIRE INSURANCE CO.V KERSH, No. 137612. Leave to appeal denied at 483 Mich 883. Court of Appeals No. 284903.

EDEN V JP MORGAN CHASE BANK, No. 137750. Leave to appeal denied at 483 Mich 896. Court of Appeals No. 285225.

McCARTHY V SCOFIELD, No. 138034. Leave to appeal denied at 483 Mich 916. Court of Appeals No. 284129.

*Leave to Appeal Denied June 26, 2009:*

PEOPLE V PLUMP, No. 137232; Court of Appeals No. 277788.
KELLY, C.J. I would grant leave to appeal.
CAVANAGH, J. I would grant leave to appeal to consider the issue in *People v Watkins*, 482 Mich 1114 (2008).

DEVLON PROPERTIES, INC V CITY OF BOYNE CITY, No. 138165; Court of Appeals No. 279188.
MARKMAN, J. (*dissenting*). I would grant leave to appeal to consider the "vesting of property rights in existing zoning" issue raised in my concurring statement in *Dorman v Clinton Twp*, 477 Mich 955, 956-957 (2006).